## RUSSELL v. SMITH.

### (190 Pac. 715.)

**Appeal and Error—Transcript not Filed Within Thirty Days—Effect.**

1. Where an appeal was perfected April 16, 1920, and no order extending the time for filing the transcript appeared of record, the appeal will, under Section 554, L. O. L., as amended by Gen. Laws of 1913, page 618, requiring the transcript to be filed in thirty days, be dismissed, under subdivision 2, if the transcript is not filed within the required time.

**Appeal and Error—Dismissal of Appeal—Judgment Against Sureties.**

2. Where an appeal was dismissed, under Section 554, subdivision 2, L. O. L., as amended by Gen. Laws of 1913, page 618, for failure of appellant to file a transcript within thirty days, judgment will, under subdivision 3, be enforced against the appellant and his sureties.

From Crook: T. E. J. Duffey, Judge.

In Banc.

On motion of respondent to dismiss appeal.

Appeal Dismissed.

*Mr. M. R. Elliott,* for the motion.

*Mr. M. E. Brink* and *Mr. Jay H. Upton, contra.*

McBRIDE, C. J.—This is a motion to dismiss an appeal.

The defendant received a judgment in the court for costs and disbursements, from which judgment plaintiff appealed.

1. The judgment was rendered on February 17, 1920, and the notice of appeal and undertaking were served on defendant on April 10, 1920. The appeal was therefore perfected on April 16, 1920. No order extending the time to file a transcript on appeal appears of record. Section 554, L. O. L., as amended

by Chapter 320, Gen. Laws of 1913, requires that the appellant shall file a transcript on appeal within thirty days after the appeal has been perfected. The transcript was therefore due here at the latest on the seventeenth day of May, 1920, but no transcript has been filed. Defendant moves to dismiss the appeal.

2. Subdivision 2 of Section 554, L. O. L., as amended by Chapter 320, Laws 1913, provides that if the transcript is not filed within the time provided, or within any extension of such time, the appeal shall be dismissed. Subdivision 3 provides that upon such dismissal the judgment may be enforced by the appellate court against the appellant and his sureties.

The appeal will therefore be dismissed and the judgment affirmed, both against the appellant and his sureties, with defendant's costs and disbursements in this proceeding.      APPEAL DISMISSED.